IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK WADE SMITH**                                                                                   **PLAINTIFF**

VS.                                         **4:24-CV-00546-BRW**

**WHITLEY JACKSON,** *ET AL.*                                                                      **DEFENDANTS**

**ORDER**

Plaintiff, a pretrial detainee at the Pulaski County Detention Center, filed *pro se* complaint under 42 U.S.C. § 1983,[1] and submitted an application for leave to proceed *in forma pauperis*. For the reasons set out below, the case is DISMISSED. Plaintiff's request to proceed *in forma pauperis* (Doc. No. 4) is DENIED as MOOT.

I take judicial notice of the public records related to Plaintiff's pending state court case.[2] A court may raise the doctrine of abstention *sua sponte*.[3] The abstention doctrine enunciated in *Younger v. Harris* "directs federal courts to abstain from accepting jurisdiction in cases where equitable relief is requested and where granting such relief would interfere with pending state proceedings in such a way as to offend principles of comity and federalism."[4] After careful review, I find that the abstention doctrine applies here.

---

[1] Doc. No. 1.

[2] See *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (addressing federal court's ability to take judicial notice of public records).

[3] *Edwards v. Arkansas Power & Light Co.*, 683 F.2d 1149, 1156 n.9 (8th Cir. 1982) (citing *Belloti v. Baird*, 428 U.S. 132, 143 n.10 (1976)).

[4] *Night Clubs, Inc. v. City of Fort Smith*, 163 F.3d 475, 477 n.1 (8th Cir. 1998).

Accordingly, this case is DISMISSED without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of July, 2024.

<u>Billy Roy Wilson</u><br>
UNITED STATES DISTRICT JUDGE