IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK WADE SMITH**  **PLAINTIFF**
*ADC #191630*

v.  CASE NO. 4:24-CV-00546-BSM

**WHITLEY JACKSON and**
**NORTH LITTLE ROCK**
**POLICE DEPARTMENT**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of August, 2025.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE